UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID DIAZ,

      Petitioner,

v.                               Case No.:  2:26-cv-2032-SPC-NPM

UNITED STATES DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF FLORIDA, FORT
MYERS DIVISION,

      Respondent.

_____/

## **OPINION AND ORDER**

Before the Court is Plaintiff David Diaz's Petition for a Writ of Mandamus (Doc. 1).  Diaz is a prisoner of the Florida Department of Corrections.  He seeks mandamus relief relating his prior federal habeas action, *Diaz v. Sec'y, Dep't of Corr.*, M.D. Fla. 2:18-cv-732-JLB-NPM.  U.S. District Judge John Badalamenti denied Diaz's habeas petition in 2022.  Diaz filed three post-judgment motions over the past year, and Judge Badalamenti denied them all.  Diaz now asks the Court to enter a writ of mandamus directing Judge Badalamenti to vacate three orders and grant the post-judgment relief he requested.

A writ of mandamus is an extraordinary remedy that is only appropriate when there is no other adequate remedy.  *In re BayCare Medical Group, Inc.*,

101 F.4th 1287, 1290 (11th Cir. 2024). Mandamus is not appropriate here because Diaz has an adequate means to challenge Judge Badalamenti's decisions—appeal to the Eleventh Circuit. *See also Roofing & Sheet Metal Services v. La Quinta Motor Inns, Inc.*, 689 F.2d 982, 988 (11th Cir. 1982) ("a district court cannot perform an appellate function by directly reviewing the decisions of another district court").

Accordingly, this action is **DISMISSED** for failure to state a claim. The Clerk is **DIRECTED** to terminate any pending deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2